# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON NAVARRO LUPERCIO, | 1: 08 CV 0012 LJO  WMW HC |
| Petitioner, | ORDER TAKING MATTER UNDER SUBMISSION |
| v. | |
| SYLVIA GONZALEZ, WARDEN, | |
| Respondent. / | |

    Petitioner is a prisoner proceeding with representation of counsel on a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254.   Pending before the court is Respondent's motion to dismiss.   The matter is fully briefed.  On June 19, 2008, Respondent noticed the matter for hearing on August 5, 2008.  The Court has determined that this matter is suitable for decision without oral argument pursuant to Local Rule 78-230(h).  As such, the matter will is HEREBY TAKEN UNDER SUBMISSION and will be decided on the papers.

IT IS SO ORDERED.

Dated:   June 20, 2008                              /s/  William M. Wunderlich
                                                    UNITED STATES MAGISTRATE JUDGE